```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 40484
    RENELL P LARRY PATTERSON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3139

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 11/01/2004 and was confirmed 06/01/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

    The case was paid in full 08/18/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
ABN AMRO MORTGAGE GROUP   CURRENT MORTG         .00             .00            .00
ABN AMRO MORTGAGE GROUP   MORTGAGE ARRE         .00             .00            .00
PORTFOLIO RECOVERY ASSOC  SECURED           7000.00             .00        7000.00
PORTFOLIO RECOVERY ASSOC  UNSECURED         2844.76             .00        2844.76
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED             .00            .00
ECMC                      UNSECURED         1109.96             .00        1109.96
ANIL GANDHI               UNSECURED       NOT FILED             .00            .00
COLUMBIA HOUSE            UNSECURED       NOT FILED             .00            .00
EYE EAR THROAT            UNSECURED       NOT FILED             .00            .00
GEORGE S FEIWELL PC       UNSECURED       NOT FILED             .00            .00
HAMMOND CLINIC            UNSECURED       NOT FILED             .00            .00
ILLINOIS STATE HIGHWAY A  UNSECURED       NOT FILED             .00            .00
INGALLS HOSPITAL          UNSECURED       NOT FILED             .00            .00
INSURANCE NATIONAL SERVI  UNSECURED       NOT FILED             .00            .00
JERRY J ITKONEN MD SC     UNSECURED       NOT FILED             .00            .00
KEYSTONE ORTHOPEDIC SPEC  UNSECURED       NOT FILED             .00            .00
NCO FINANCIAL SYSTEMS IN  UNSECURED       NOT FILED             .00            .00
PINNACLE MANAGEMENT SER   UNSECURED       NOT FILED             .00            .00
PRIMARY HEALTHCARE ASSOC  UNSECURED       NOT FILED             .00            .00
SAFEWAY INC               UNSECURED       NOT FILED             .00            .00
SCHOLASTIC                UNSECURED       NOT FILED             .00            .00
TRANSWORLD                UNSECURED       NOT FILED             .00            .00
VALENTINE & KEBARTAS INC  UNSECURED       NOT FILED             .00            .00
WESTWOOD COLLEGE OF TECH  UNSECURED       NOT FILED             .00            .00
ROXANNE B JACKSON & ASSO  DEBTOR ATTY           .00                            .00
TOM VAUGHN                TRUSTEE                                           549.46
DEBTOR REFUND             REFUND                                            991.00


         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS        DISBURSEMENTS
------------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 40484 RENELL P LARRY PATTERSON
```

```
TRUSTEE                                 12,495.18

PRIORITY                                                      .00
SECURED                                                  7,000.00
UNSECURED                                                3,954.72
ADMINISTRATIVE                                                .00
TRUSTEE COMPENSATION                                       549.46
DEBTOR REFUND                                              991.00
                                    ---------------  ---------------
TOTALS                                  12,495.18         12,495.18
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 11/20/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE